UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
SIXTH DIVISION

Dorothy Stroeing,

Plaintiff,

vs.

Wal-Mart Stores, Inc.,
a Foreign Corporation,

Defendant.

Civil No. 00-882 (RHK/RLE)

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, through their respective undersigned attorneys, that the above-entitled action may be, and hereby is dismissed on its merits with prejudice, without costs or disbursements to any party, and that a judgment of dismissal with prejudice and on the merits may be entered pursuant hereto.

Dated: 3/1/01

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

By [signature]
Andrew L. Marshall (License #176849)
Attorneys for Defendant
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

FILED MAR 13 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAR 13 2001
DEPUTY CLERK

**NELSON PERSONAL INJURY ATTORNEYS**

Dated: 2/21/01

By ___________________

James D. Jorgensen (License #0295024)
Attorneys for Plaintiff
1010 West St. Germain, Suite 440
St. Cloud, MN 56301
(320) 252-1200

**ORDER FOR JUDGMENT OF DISMISSAL**

**IT IS HEREBY ORDERED** that, pursuant to the foregoing stipulation of the parties, judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

**By the Court:**

Dated: 3/13/01

By: ___________________

Richard H. Kyle
Judge of the District Court