# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Dorothy Stroeing

Plaintiff

v.

Wal-Mart Stores, Inc.
a Foreign Corporation

Defendants

Case No. Civil 00-882 RHK/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment shall be entered dismissing the complaint on its merits with prejudice and without costs, disbursements or attorney's fees to either party.

DATE: March 13, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk

11